# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHNELL A. BELL, I, | ) |
| Plaintiff, | ) |
| | ) No. 4:14CV27 CEJ |
| GEORGE A. LOMBARDI, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

On March 17, 2014, the Court received notice from the office of the Attorney General of Missouri that it was unable to waive service as to defendants Tina Coffman and Don Roper, because they are not state employees. [Doc. # 8]. Because service cannot be waived, summonses will have to be served on these defendants. To accomplish this, plaintiff will be required to provide addresses where the defendants may be served.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall have until April 18, 2014, to submit to the Court the addresses where defendants Tina Coffman and Don Roper can be served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that failure to comply with this Order will result in the dismissal of these defendants without prejudice.

Dated this 19th day of March, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE