UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNELL A. BELL, I, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-CV-27 CEJ |
| GEORGE A. LOMBARDI, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

On March 19, 2014, plaintiff was ordered to provide the Court with an address where defendant Don Roper could be served with process. Although plaintiff provided a purported residence address for the defendant, the summons could not be executed because it was determined that address was incorrect. Because more than 120 days had elapsed since the complaint was filed, on August 5, 2014 plaintiff was ordered to show cause why the complaint should not be dismissed as to Roper for lack of service. *See* Fed. R. Civ. P. 4(m). Plaintiff responded to the show-cause order, acknowledging that he does not have an address where Roper can be served.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice** as to defendant Don Roper.

Dated this 2nd day of September, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE