UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNELL A. BELL, I, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:14-CV-27 (CEJ) |
| ) | |
| GEORGE A LOMBARDI, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that that the order denying the motion for disbursement of non-appropriated funds [Doc. #236] is **vacated**.

**IT IS FURTHER ORDERED** that the motion of plaintiff's counsel for compensation and reimbursement from the Attorney Admission Fee Non-Appropriated Fund [Doc. # 235] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2017.